UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jacqueline L. Waller,                                    Civil No. 06-3014 (RHK/RLE)

          Plaintiff,                                      **ORDER**

vs.

Michael J. Astrue, Commissioner
of Social Security,

          Defendant.

---

Based upon the July 17, 2007, Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, to which no Objections have been interposed, and upon review of all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 18) is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 8) is **DENIED**; and

3. Defendant's Motion for Summary Judgment (Doc. No. 15) is **GRANTED**.

Dated: August 13, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge